UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE
Caption in Compliance with D.N.J. LBR 9004-2(c)

LAW OFFICES OF STEVEN A. SERNA LLC
5300 Bergenline Avenue, Suite 300
West New York, New Jersey 07093
Telephone Number (201) 392-0303
Attorneys for Debtor
By: Steven A. Serna, Esq.

In re:

EISEN JO CASACLANG and
MARIA A. DE CARLOS,

              Debtor.

Order Filed on January 29, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 13

Case No. 17-14395
Judge: Vincent F. Papalia

## ORDER APPROVING LOAN MODIFICATION

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: January 29, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtors: Eisen Jo Casaclang and Maria A. De Carlos
Case No. 17-14395 (VFP)
Caption: ORDER APPROVING LOAN MODIFICATION

THIS MATTER, having been brought before the Court upon the Debtor's Motion for Approval of Loan Modification, and the Court having been satisfied that proper service and notice was effectuated on the Standing Trustee, Marie-Ann Greenberg and counsel for the Secured Creditor, Nationstar Mortgage LLC, d/b/a Mr. Cooper, and all parties in interest, and good and sufficient cause appearing therefrom for the entry of this Order; it is

ORDERED, that the Motion to Approve Loan Modification is granted; and it is

FURTHER ORDERED, that the debtor and secured creditor shall cooperate to execute all documents to finalize the Loan Modification;* and it is

FURTHER ORDERED, if necessary to reflect a change of income or expenses then the Debtor shall file an Amended Schedule I and/or J, or a Modified Chapter 13 Plan, within fifteen (15) days from the date of this Order.

.

*on the terms set forth in the Flex Modification Agreement submitted with the Motion.