UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LAW OFFICES OF STEVEN A. SERNA LLC
5300 Bergenline Avenue, Suite 300
West New York, New Jersey 07093
Telephone Number (201) 392-0303
Attorneys for Debtor
By: Steven A. Serna, Esq.

_____

In re:

EISEN JO CASACLANG and
MARIA A. DE CARLOS,

               Debtor.

**Order Filed on January 29, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Chapter 13

Case No. 17-14395
Judge: Vincent F. Papalia

## ORDER APPROVING LOAN MODIFICATION

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: January 29, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtors: Eisen Jo Casaclang and Maria A. De Carlos
Case No. 17-14395 (VFP)
Caption: ORDER APPROVING LOAN MODIFICATION

THIS MATTER, having been brought before the Court upon the Debtor's Motion for Approval of Loan Modification, and the Court having been satisfied that proper service and notice was effectuated on the Standing Trustee, Marie-Ann Greenberg and counsel for the Secured Creditor, Nationstar Mortgage LLC, d/b/a Mr. Cooper, and all parties in interest, and good and sufficient cause appearing therefrom for the entry of this Order; it is

ORDERED, that the Motion to Approve Loan Modification is granted; and it is

FURTHER ORDERED, that the debtor and secured creditor shall cooperate to execute all documents to finalize the Loan Modification;* and it is

FURTHER ORDERED, if necessary to reflect a change of income or expenses then the Debtor shall file an Amended Schedule I and/or J, or a Modified Chapter 13 Plan, within fifteen (15) days from the date of this Order.

.

*on the terms set forth in the Flex Modification Agreement submitted with the Motion.

```
                        United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                          Case No. 17-14395-VFP
Eisen Jo Casaclang                                              Chapter 13
Maria A. De Carlos
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Jan 29, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2018.
db/jdb         Eisen Jo Casaclang,    Maria A. De Carlos,    38 Northgate,    Wanaque, NJ 07465-1614

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2018 at the address(es) listed below:
              Frank J. Martone    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bky@martonelaw.com
              Kevin M. Buttery    on behalf of Creditor    Nationstar Mortgage LLC bkyefile@rasflaw.com
              Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               rsolarz@kmllawgroup.com
              Steven A. Serna    on behalf of Debtor Eisen Jo Casaclang bk@sernaesq.com
              Steven A. Serna    on behalf of Joint Debtor Maria A. De Carlos bk@sernaesq.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 9