| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor,<br><br>Laura M. Egerman, Esq. (LE-8250) | Order Filed on July 10, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**EISEN JO CASACLANG and MARIA A. DE CARLOS**,<br><br>Debtors. | Case No.: 17-14395-VFP<br><br>Chapter 13<br><br>Hearing Date: July 5, 2018<br><br>Judge: Vincent F. Papalia |

**ORDER RESOLVING SECURED CREDITOR'S MOTION TO FILE CLAIM AFTER CLAIMS BAR DATE AND CHAPTER 13 STANDING TRUSTEE'S MOTION TO STOP DISBURSEMENTS ON CLAIM**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: July 10, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor: Eisen Jo Casaclang and Maria A. De Carlos
Case No.: 17-14395-VFP
<u>Caption of Order:</u> **Order Resolving Secured Creditor's Motion to File Claim after Claims Bar Date and Chapter 13 Standing Trustee's Motion to Stop Disbursements on Claim**

THIS MATTER having come before the Court on the Motion of Nationstar Mortgage LLC ("Secured Creditor"), by and through its counsel, RAS Citron, LLC, to file Claim after Claims Bar Date (the "Creditor's Motion") (Docket 46) with respect to the Proof of Claim filed by Secured Creditor on May 3, 2018 as Claim 23-1 on the Claims Register (the "Claim"); and the Standing Chapter 13 Trustee having filed a Motion to Stop Disbursements on Claim (the "Trustee's Motion") (Docket 47) as a result of the Order Approving Loan Modification ("Approval Order") between Debtors Eisen Jo Casaclang and Maria A. De Carlos and Secured Creditor entered on January 29, 2018 (Docket 44) ; and for good cause shown; it is ORDERED AND DECREED as follows:

1. The Secured Creditor's Motion is granted to the extent that the Claim is deemed timely filed and allowed.

2. The Claim is hereby amended to reduce the pre-petition arrears listed in Section 9 from $221,081.07 to $0.00 as a result of the Approval Order.

3. The Trustee's Motion is also granted and the Standing Chapter 13 Trustee is hereby authorized to immediately stop disbursing on the Claim.