| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)  RAS Citron, LLC  130 Clinton Road, Suite 202  Fairfield, NJ 07004  Telephone Number 973-575-0707  Attorneys For Secured Creditor,  Laura M. Egerman, Esq. (LE-8250) | Order Filed on July 10, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In Re:  **EISEN JO CASACLANG and MARIA A. DE CARLOS**,  Debtors. | Case No.: 17-14395-VFP  Chapter 13  Hearing Date: July 5, 2018  Judge: Vincent F. Papalia |

### ORDER RESOLVING SECURED CREDITOR'S MOTION TO FILE CLAIM AFTER CLAIMS BAR DATE AND CHAPTER 13 STANDING TRUSTEE'S MOTION TO STOP DISBURSEMENTS ON CLAIM

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: July 10, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor: Eisen Jo Casaclang and Maria A. De Carlos
Case No.: 17-14395-VFP
Caption of Order: **Order Resolving Secured Creditor's Motion to File Claim after Claims Bar Date and Chapter 13 Standing Trustee's Motion to Stop Disbursements on Claim**

THIS MATTER having come before the Court on the Motion of Nationstar Mortgage LLC ("Secured Creditor"), by and through its counsel, RAS Citron, LLC, to file Claim after Claims Bar Date (the "Creditor's Motion") (Docket 46) with respect to the Proof of Claim filed by Secured Creditor on May 3, 2018 as Claim 23-1 on the Claims Register (the "Claim"); and the Standing Chapter 13 Trustee having filed a Motion to Stop Disbursements on Claim (the "Trustee's Motion") (Docket 47) as a result of the Order Approving Loan Modification ("Approval Order") between Debtors Eisen Jo Casaclang and Maria A. De Carlos and Secured Creditor entered on January 29, 2018 (Docket 44) ; and for good cause shown; it is ORDERED AND DECREED as follows:

1. The Secured Creditor's Motion is granted to the extent that the Claim is deemed timely filed and allowed.

2. The Claim is hereby amended to reduce the pre-petition arrears listed in Section 9 from $221,081.07 to $0.00 as a result of the Approval Order.

3. The Trustee's Motion is also granted and the Standing Chapter 13 Trustee is hereby authorized to immediately stop disbursing on the Claim.

United States Bankruptcy Court
District of New Jersey

In re:                                                                       Case No. 17-14395-VFP
Eisen Jo Casaclang                                                           Chapter 13
Maria A. De Carlos
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jul 12, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2018.
db/jdb          Eisen Jo Casaclang,    Maria A. De Carlos,    38 Northgate,    Wanaque, NJ 07465-1614

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2018 at the address(es) listed below:
              Frank J. Martone    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bky@martonelaw.com
              Kevin M. Buttery    on behalf of Creditor    Nationstar Mortgage LLC bkyefile@rasflaw.com
              Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               rsolarz@kmllawgroup.com
              Steven A. Serna    on behalf of Debtor Eisen Jo Casaclang bk@sernaesq.com
              Steven A. Serna    on behalf of Joint Debtor Maria A. De Carlos bk@sernaesq.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9