Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−14395−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Eisen Jo Casaclang
38 Northgate
Wanaque, NJ 07465−1614

Maria A. De Carlos
aka Maria A. Nieves
38 Northgate
Wanaque, NJ 07465−1614

Social Security No.:
  xxx−xx−3283

  xxx−xx−1868

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: September 6, 2022

Vincent F. Papalia
Judge, United States Bankruptcy Court